IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY WRIGHT,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| v. | : | No. 15-2161 |
| | : | |
| **MICHAEL WENEROWICZ, ET AL.,** | : | |
| **Respondents.** | : | |
| | : | |

## ORDER

**AND NOW**, this 11th day of July, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and Petitioner's Objections thereto, it is hereby **ORDERED** that:

1. Petitioner's objections as to ground one are **SUSTAINED**. Petitioner's objections are **OVERRULED** in all other respects.

2. The Petition for Writ of Habeas Corpus is **GRANTED** as to ground one. Petitioner's conviction and sentence for burglary are **VACATED**. Respondent is directed to **RELEASE** Petitioner from the custody resulting from the judgment of conviction on the burglary count.

3. The Report and Recommendation as to grounds two through six is **APPROVED** and **ADOPTED**.

4. The Petition for Writ of Habeas Corpus is **DENIED** as to grounds two, three and six.

5. The Petition for Writ of Habeas Corpus is **DISMISSED** as to claims four and five.

1

2

6. A certificate of appealability **SHALL NOT** issue as to the disposition of grounds two through six, in that Petitioner has not demonstrated that a reasonable jurist would debate the correctness of this ruling. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).[1]

7. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**

---

[1] I have not addressed whether a certificate of appealability shall issue with respect to the disposition of ground one because "[a] certificate of appealability is not required when a state or its representative or the United States or its representative appeals." Fed. R. App. P. 22(b)(3).